# United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| WS1 | F5397782 | Travis Hawk | 2291 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 05/25/2025 0925
Offense Charged: ☒ CFR ☐ USC ☐ State Code: 36 CFR 261.11(b)
Place of Offense: FSR 193 Shawnee NF Garden Mound
Offense Description; Factual Basis for Charge: Possessing or leaving refuse in an exposed or unsanitary manner
HAZMAT ☐

### DEFENDANT INFORMATION

Last Name: Gregory
First Name: Liam
M.I.: C



| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|

APPEARANCE IS REQUIRED
A ☐ If Box A is checked, you must appear in court. See instructions.

APPEARANCE IS OPTIONAL
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 200.00 Forfeiture Amount
+ $30 Processing Fee
PAY THIS AMOUNT AT → www.cvb.uscourts.gov
$ 230.00 Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address:
Date (mm/dd/yyyy):
Time:

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: *[signature]*

Original - CVB Copy

*F5397782*  FS-5300-4 (1/2021)

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 05/25, 20 25 while exercising my duties as a law enforcement officer in the Judicial District of Wyoming

See Attached

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 05/25/2025   *[signature]*
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT= Hazardous material involved in incident; PASS= 9 or more passenger vehicle; CDL= Commercial drivers license; CMV= Commercial vehicle involved in incident